[No. 20690.   Department Two.   November 23, 1927.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE COSTELLO
et al., *Appellants.*[1]

Appeal from a judgment of the superior court for Spokane
county, Huneke, J., entered February 4, 1927, upon a trial and con-
viction of jointists.   Reversed.

: *Frank Yuse* and *Davis, Heil & Davis,* for appellants.

ASKREN, J.—The defendants, convicted and sentenced upon the
charge of being jointists, have appealed.

The main assignment of error is that the evidence showed sales
of liquor by each of the appellants, yet the court permitted reputa-
tion evidence to be admitted.  This case was tried before our recent
decisions in *State v. Stuttard,* 143 Wash. 426, 255 Pac. 663, and
*State v. Mavros,* 144 Wash. 340, 258 Pac. 21.  The state evidently
conceding the correctness of the error assigned, has filed no ap-
pearance in this court.  Under the authority of those cases, the
judgment is reversed.

FULLERTON, MAIN, and HOLCOMB, JJ., concur.